

# IN THE
# TENTH COURT OF APPEALS

No. 10-09-00255-CV

ROY D. MITCHELL,

Appellant

 v.

WELLS FARGO BANK,

Appellee

From the 40th District Court
Ellis County, Texas
Trial Court No. 74768

## MEMORANDUM  OPINION

Roy D. Mitchell has filed a notice of appeal without specifying the "order or judgment appealed from." *See* TEX. R. APP. P. 25.1(d)(2). According to the district clerk, Mitchell's case is still pending in the trial court. The Clerk of this Court notified the parties that the appeal was subject to dismissal for want of jurisdiction because the trial court has not signed a final judgment or other appealable order and advised that the appeal may be dismissed unless Mitchell or some other party filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). The Court has received

no response.  Accordingly, the appeal is dismissed.  *See Ogletree v. Matthews*, 262 S.W.3d

316, 319 n.1 (Tex. 2007) ("Texas appellate courts have jurisdiction only over final orders

or judgments unless a statute permits an interlocutory appeal.").

FELIPE REYNA
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed September 16, 2009
[CV06]